No. 23. PRINCE TYNER *v.* HENRY BUFFINGTON ET AL. Error to the Supreme Court of the State of Oklahoma. Argued October 8, 9, 1925. Decided October 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as

amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. Petition for writ of certiorari herein denied. *Mr. William Neff,* with whom *Messrs. Robert M. Rainey* and *Streeter B. Flynn* were on the brief, for plaintiff in error. *Mr. Carter Smith,* with whom *Mr. George S. Ramsey* was on the brief, for appellees.